AO 91 (Rev. 11/11) Criminal Complaint

| AUSA: | Micah Wallace | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Task Force Officer: | Terry Cross-Nelson | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Omar Deangelo Cowans

Case No.  Case: 2:26−mj−30106
Assigned To : Unassigned
Assign. Date : 2/26/2026
Description: CMP USA V. COWANS (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 25, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Terry Cross-Nelson-Task Force Officer-ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: February 26, 2026

City and state: Detroit, Michigan

_____
*Judge's signature*

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Terry Cross-Nelson, being duly sworn, depose and state the following:

1. I am a Detective with the Detroit Police Department, having served since November 2002. I was promoted to the rank of Detective in August 2014 and am currently assigned to the Firearms Investigative Team (FIT), a specialized unit formed in collaboration with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, where I serve as a credentialed Task Force Officer. FIT is a federal partnership focused on addressing firearm-related crimes.

2. I have over twenty-two years of law enforcement experience and more than a decade as a Detective. I have specialized in firearm-related investigations throughout my career. This includes conducting over four hundred firearm-related arrests and developing extensive experience investigating offenses such as felon in possession of a firearm and illegal firearm trafficking. I hold two academic degrees, including a Master's degree from Cleary University, which, combined with my professional experience, has provided me with a comprehensive understanding of firearm

offenses, investigative techniques, and the legal processes required to effectively address these crimes.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. The ATF is currently conducting a criminal investigation concerning Omar Deangelo COWANS, for violations of 18 U.S.C. § 922(g)(1), felon in possession of a firearm.

## PROBABLE CAUSE

5. On February 25, 2026, officers were dispatched to a report of a felonious assault in the area of Grand River Avenue and West McNichols Road in the City of Detroit.

6. Officers were advised that a black male wearing all black clothing and who had face tattoos had pulled a firearm on another male at a bus stop near the Meijer parking lot located at 21431 Grand River Avenue.

7. Upon arrival, officers observed a male matching the provided description near Westbrook Street and Grand River Avenue. The male was later identified as Omar Deangelo COWANS.

8. Officers conducted an investigative stop. COWANS denied possessing a firearm and consented to a pat down. During the pat down, officers felt what was immediately recognizable as the shape of a firearm concealed in COWANS's left pant leg.

9. As officers attempted to secure the weapon, COWANS attempted to flee and physically resisted. Officers brought COWANS to the ground and placed him in handcuffs.

10. Officers removed a black and silver Ruger model SR9c, 9mm semiautomatic handgun, serial number 33203851, from inside COWANS's pants.

11. A LEIN inquiry confirmed that the firearm had been reported stolen.

12. I reviewed records related to COWANS's criminal history and learned that COWANS has the following felony convictions:

   a. On February 20, 2008, COWANS pled guilty to Armed Robbery and Assault with Intent to Rob While Armed in the Third Circuit Court – Wayne County. On March 5, 2008,

        COWANS was sentenced to a term of imprisonment of 4 to 15 years.

    b. On October 4, 2018, COWANS pled guilty to Assaulting/Resisting/Obstructing a Police Officer in the 37th Circuit Court – Calhoun County. On December 3, 2018, COWANS was sentenced to a term of imprisonment of 16 to 24 months.

    c. On January 8, 2026, COWANS pled guilty to Possession of Methamphetamine/Ecstasy in the Third Circuit Court – Wayne County. On February 5, 2026, COWANS failed to appear for sentencing and a warrant was issued for his arrest.

13. At the time COWANS possessed the Ruger model SR9c firearm on February 25, 2026, he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, had been sentenced to a prison term exceeding one year, and had not had his firearm rights restored.

14. On February 26, 2026, I contacted ATF Interstate Nexus Expert, Special Agent Josh McLean, and provided information about the Ruger model SR9c, 9mm semiautomatic pistol. Special Agent McLean concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

## CONCLUSION

15.     Probable cause exists to believe that Omar Deangelo COWANS, a convicted felon aware of his felony convictions, did knowingly possess a Ruger model SR9c, 9mm semiautomatic handgun, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1). This violation occurred on or about February 25, 2026, in Detroit, Michigan, in the Eastern District of Michigan.

Respectfully Submitted,

_____
Terry Cross-Nelson, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

Date:  February 26, 2026